NO. 07-03-0080-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

MAY 28, 2003

______________________________

RICKY D. STARKS,

Appellant

v.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, 

Appellee

_________________________________

FROM THE 47
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 89,898-A; HON. DAVID L. GLEASON, PRESIDING

_______________________________

Before QUINN and REAVIS, JJ., and BOYD, S.J.
(footnote: 1)
 Appellant Ricky D. Starks, proceeding 
pro se
, filed a notice of appeal from the trial court’s order dismissing his lawsuit dated November 25, 2002.  The clerk’s record has been filed.  Appellant’s brief was originally due April 24, 2003, which date came and went without a brief or extension being filed.  The Court notified appellant on May 6, 2003, that the brief was past due and that failure to reasonably explain the reasons therefor by May 16, 2003, could result in dismissal.  That deadline has passed without appellant filing a brief, a motion to extend the deadline, or a response of any sort.  

Accordingly, we dismiss the appeal for want of prosecution.  
See 
Tex. R. App. P. 
38.8(a)(1) and 42.3(b) and (c).

Per Curiam 

 

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. §75.002(a)(1) (Vernon Supp. 2003).